UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

NOEL GEORGE BAKER,

    Plaintiff,

v.                                              Case No.  3:17cv123/RV/CJK

CAPTAIN JOHN DOE, et al.,

    Defendants.
_____/

## ORDER

    This cause comes on for consideration of the Magistrate Judge's Report and Recommendation dated March 1, 2017 (doc. 5).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed and the Court has determined that the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1. The Magistrate Judge's Report and Recommendation (doc. 5) is adopted and incorporated by reference in this order.

    2.  This case is TRANSFERRED to the United States District Court for the Middle District of Florida.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 31st day of March, 2017.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**